RECEIVED

2010 MAY 18 P 4: 20

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

APL CO. Pte., LTD. and AMERICAN
PRESIDENT LINES, LTD.,

        Plaintiff,

  v.

CAMERON INDUSTRIES, INC.,

        Defendant.
_____/

CASE NO.  10 Civ. 0102 (WHA)

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

JED R. SCHLACTER                                , whose business address and telephone number is

Schlacter & Associates, 450 Seventh Avenue, New York, NY 10123; 212 695-2000

and who is an active member in good standing of the bar of  the State of New York,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing   Cameron Industries, Inc.,

       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac

vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:     May 20, 2010.



William H. Alsup
United States
IT IS SO ORDERED
Judge William Alsup