1  Mark K. de Langis (SBN 190083)
   LUCAS VALLEY LAW
2  2110 Elderberry Lane
   San Rafael, California  94903
3  Telephone:  (415) 472-3892
   Facsimile: (415) 472-3977
4  mdelangis@lucasvalleylaw.com

5  Attorneys for Plaintiffs
   APL CO. Pte. LTD. and
6  AMERICAN PRESIDENT LINES, LTD. and

7

   David T. Alexander (SBN 49996)
8  LAW OFFICES OF DAVID T. ALEXANDER
   322 Sheridan Avenue
9  Piedmont, CA  94611
   Telephone:  (650) 387-4382
10 davidtoddalexander@gmail.com

11 Jed R. Schlacter (JRS 4874)
   SCHLACTER & ASSOCIATES
12 450 Seventh Avenue
   New York, NY  10123
13 Telephone:  (212) 695-2000
   jed10123@aol.com
14
   Attorneys for Defendant
15 CAMERON INDUSTRIES, INC.

16

17                    UNITED STATES DISTRICT COURT

18                    NORTHEN DISTRICT OF CALIFORNIA

19

20 |                                            | No.  C 10-00102 WHA

21 | APL Co. Pte., Ltd. and AMERICAN
   | PRESIDENT LINES, LTD.,                     | **STIPULATION AND ORDER OF**
22 |                                            | **VOLUNTARY DISMISSAL WITH**
   |        Plaintiffs,                         | **PREJUDICE**
23 |
24 |     v.                                     | The Hon. William H. Alsup
   |
25 | CAMERON INDUSTRIES, INC. a corporation,
   |
26 |        Defendant.

27

28

JOINT CMC STATEMENT AND RULE 26(f) REPORT

1

2   IT IS HEREBY STIPULATED AND AGREED by counsel for plaintiffs and defendant

3   that, in accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure,

4
    plaintiffs' complaint is hereby dismissed, with prejudice and without an award of costs.
5

6   Dated: ~~June~~ JULY 5, 2010

7   LUCAS VALLEY LAW                             LAW OFFICES OF DAVID T. ALEXANDER

8
    By: /s/ Mark K. de Langis                    By: /s/ David T. Alexander   June 22, 2010
9        Mark K. de Langis, Esq.                      David T. Alexander, Esq.

10  Attorneys for Plaintiffs                     Attorneys for Defendant
    2110 Elderberry Lane                         322 Sheridan Avenue
11  San Rafael, California 94903                 Piedmont, CA 94611
    Telephone: (415) 472-3892                    Telephone: (650) 387-4382
12  Facsimile: (415) 472-3977                    davidtoddalexander@gmail.com
    mdelangis@lucasvalleylaw.com
13
                                                 SCHLACTER & ASSOCIATES
14

15                                               By: /s/ Jed R. Schlacter
                                                      Jed R. Schlacter, Esq.
16
                                                 Attorneys for Defendant
17                                               450 Seventh Avenue
                                                 New York, NY 10123
18                                               Telephone: (212) 695-2000
                                                 Jed10123@aol.com
19
    SO ORDERED: ~~June~~ JULY 6, 2010
20

21  _____
22  William H. Alsup, U.S.D.J.

23  IT IS SO ORDERED
24  [Signature]
25  Judge William Alsup

26

27

28
    STIPULATION & ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE (C-10-0102 WHA)